Jeffrey S. Whittington, Esq./SBN 236028
jwhittington@kbrlaw.com
KAUFMAN BORGEEST & RYAN LLP
23975 Park Sorrento, Suite 370
Calabasas, CA 91302
Telephone: (818) 880-0992
Facsimile: (818) 880-0993
Attorney for Defendant,
LANDMARK AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWLIFE SCIENCES LLC, JOHN CROSSON, AND C. READ MCLEAN, <br><br> Plaintiffs, <br><br> vs. <br><br> LANDMARK AMERICAN INSURANCE COMPANY, a corporation, <br><br> Defendant. | Case Number: 3:13-cv-05145-RS <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND EXTEND BRIEFING SCHEDULE PURSUANT TO LOCAL RULE 6-1(b)** |

Pursuant to Civil Local Rule 6-1(b), Defendant Landmark American Insurance Company ("Landmark"), and Plaintiffs New Life Sciences LLC, ("NLS"), John Crosson, and C. Read McLean, (collectively, "the Plaintiffs") by and through their respective counsel of record, hereby stipulate as follows:

1. WHEREAS, Plaintiffs have filed a Motion for Partial Summary Judgment (the "Motion") (Docket # 39).
2. WHEREAS, Plaintiffs' Motion is presently scheduled to be heard on May 15, 2014 at 1:30 p.m.
3. WHEREAS, pursuant to Local Rule 7-3, Landmark's Opposition to Plaintiffs' Motion must be filed and served not more than 14 days after the Motion was filed.
4. WHEREAS, the commentary to Local Rule 7-2 states as follows:

> *The time periods set forth in Civil L.R. 7-2 and 7-3 regarding notice, response and reply to motions are minimum time periods. For complex motions, parties are encouraged to stipulate to or seek a Court order establishing a longer notice period with correspondingly longer periods for response or reply. See Civil L.R. 1-4 and 1-5.*

5. WHEREAS, given the issues raised by the Motion, the Parties, by and through their respective counsel of record, agree to continue the hearing on the Motion to May 22, 2014.
6. WHEREAS, the Parties, by and through their respective counsel of record, agree to extend the briefing schedule so as to allow Landmark until May 1, 2014 to file and serve its Opposition to the Motion.
7. WHEREAS, the Parties, by and through their respective counsel of record, agree to extend the briefing schedule so as to allow Plaintiffs until May 8, 2014 to file and serve their Reply in support of the Motion.

8. WHEREAS, the only other time modifications previously made in this case were the Parties' Stipulation to Extend Time to Respond to the Initial Complaint (Docket #10), the Parties' Stipulation to Continue the Case Management Conference (Docket #22), and the Parties' Stipulation to Extend Time to File Answer to Complaint (Docket #31).

9. WHEREAS, the requested time modification would have the limited effect of continuing the hearing on the Motion, as well as the attendant briefing dates, by only one week.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that Plaintiffs' Motion for Partial Summary Judgment, now set for May 15, 2014, will be continued to May 22, 2014, that Landmark's Opposition to Plaintiffs' Motion for Partial Summary Judgment must be filed and served by May 1, 2014, and that Plaintiffs' Reply in support of the Motion must be filed and served by May 8, 2014.

Respectfully submitted,

Dated:  April 21, 2014                KAUFMAN BORGEEST & RYAN LLP

                                      By:   /s/ Jeffrey S. Whittington
                                            Jeffrey S. Whittington, Esq.
                                            Attorneys for Defendant,
                                            Landmark American Insurance Company

1  Dated:  April 21, 2014                    LAW OFFICE OF ANDRE HASSID
2
3                                     By:    /s/ Andre Hassid
4                                            André Hassid
                                             Attorneys for Plaintiffs,
5                                            Newlife Sciences LLC, John Crosson, and
6                                            C. Read Mclean
7
8
9
10 Dated: April 21, 2014                     LAW OFFICES OF DANIEL J. SPIELFOGEL
11
12                                    By:    /s/ Daniel J. Spielfogel
                                             Daniel J. Spielfogel
13                                           Attorneys for Plaintiffs,
14                                           Newlife Sciences LLC, John Crosson, and
                                             C. Read Mclean
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**4**
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION FOR PARTIAL SUMMARY**
**JUDGMENT AND EXTEND BRIEFING SCHEDULE PURSUANT TO LOCAL RULE 6-1(b)**

*2569282*

1 **IT IS SO ORDERED.**

2  The hearing on Plaintiffs' Motion for Partial Summary shall be continued to
3 May 22, 2014.  Landmark's Opposition to Plaintiffs' Motion for Partial Summary
4 shall be filed and served by May 1, 2014 and Plaintiffs' Reply in support of the
5 Motion for Partial Summary Judgment shall be filed and served by May 8, 2014.

9 Dated: 4/22/14                                    _____
10                                                   The Honorable Richard Seeborg
11                                                   United States District Judge