Jeffrey S. Whittington, Esq./SBN 236028
jwhittington@kbrlaw.com
KAUFMAN BORGEEST & RYAN LLP
23975 Park Sorrento, Suite 370
Calabasas, CA 91302
Telephone: (818) 880-0992
Facsimile: (818) 880-0993
Attorney for Defendant,
LANDMARK AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWLIFE SCIENCES LLC, JOHN CROSSON, AND C. READ MCLEAN, <br><br> Plaintiffs, <br><br> vs. <br><br> LANDMARK AMERICAN INSURANCE COMPANY, a corporation, <br><br> Defendant. | Case Number: 3:13-cv-05145-RS <br><br> **PARTIES' SECOND STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND EXTEND BRIEFING SCHEDULE PURSUANT TO LOCAL RULE 6-1(b)** |

Pursuant to Civil Local Rule 6-1(b), Defendant Landmark American Insurance Company ("Landmark"), and Plaintiffs New Life Sciences LLC, ("NLS"), John Crosson, and C. Read McLean, (collectively, "the Plaintiffs") by and through their respective counsel of record, hereby stipulate as follows:

1. WHEREAS, Plaintiffs have filed a Motion for Partial Summary Judgment (the "Motion") (Docket # 39).

---

1
**PARTIES' SECOND STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION FOR
PARTIAL SUMMARY JUDGMENT AND EXTEND BRIEFING SCHEDULE**

*2578550*

2. WHEREAS, Plaintiffs' Motion is presently scheduled to be heard on May 22, 2014, at 1:30 p.m.

3. WHEREAS, pursuant to the Parties' Stipulation filed on April 22, 2014, Landmark's Opposition to Plaintiffs' Motion must be filed and served on or before May 1, 2014.

4. WHEREAS, the Parties have reached a tentative settlement agreement and anticipate finalizing the settlement agreement in the near future.

5. WHEREAS, Plaintiffs agree to withdraw the Motion and dismiss this case upon the Parties' finalization of the settlement agreement.

6. WHEREAS, given the Parties' tentative settlement, the Parties, by and through their respective counsel of record, agree to continue the hearing on the Motion to July 10, 2014.

7. WHEREAS, the Parties, by and through their respective counsel of record, agree to extend the briefing schedule such that Landmark must file its Opposition to Plaintiff's Motion on or before June 20, 2014.

8. WHEREAS, the Parties, by and through their respective counsel of record, agree to extend the briefing schedule so as to allow Plaintiffs until June 27, 2014, to file and serve their Reply in support of Plaintiff's Motion.

9. WHEREAS, the only other time modifications previously made in this case were the Parties' Stipulation to Extend Time to Respond to the Initial Complaint (Docket #10), the Parties' Stipulation to Continue the Case Management Conference (Docket #22), the Parties' Stipulation to Extend Time to File Answer to Complaint (Docket #31), and the Parties' Stipulation to Continue Hearing on the Plaintiffs' Motion and Extend Briefing Schedule (Docket #40).

10. WHEREAS, the requested time modification would have the limited effect of continuing the hearing on the Motion, as well as the attendant briefing dates, so as to allow the Parties sufficient time to finalize their settlement agreement.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that Plaintiffs' Motion for Partial Summary Judgment, now set for May 22, 2014, will be continued to July 10, 2014, that Landmark's Opposition to Plaintiffs' Motion for Partial Summary Judgment must be filed and served by June 20, 2014, and that Plaintiffs' Reply in support of the Motion must be filed and served by June 27, 2014.

Respectfully submitted,

Dated: April 30, 2014                KAUFMAN BORGEEST & RYAN LLP

                                     By:  /s/ Jeffrey S. Whittington
                                          Jeffrey S. Whittington, Esq.
                                          Attorneys for Defendant,
                                          Landmark American Insurance Company

Dated: April 30, 2014                LAW OFFICE OF ANDRE HASSID

                                     By:  /s/ Andre Hassid
                                          André Hassid
                                          Attorneys for Plaintiffs,
                                          Newlife Sciences LLC, John Crosson, and
                                          C. Read Mclean

| | |
|---|---|
| Dated: April 30, 2014 | LAW OFFICES OF DANIEL J. SPIELFOGEL |
| | By: /s/ Daniel J. Spielfogel |
| | Daniel J. Spielfogel |
| | Attorneys for Plaintiffs, |
| | Newlife Sciences LLC, John Crosson, and |
| | C. Read Mclean |

1 **IT IS SO ORDERED.**

2     The hearing on Plaintiffs' Motion for Partial Summary shall be continued to
3 July 10, 2014.  Landmark's Opposition to Plaintiffs' Motion for Partial Summary
4 shall be filed and served by June 20, 2014 and Plaintiffs' Reply in support of the
5 Motion for Partial Summary Judgment shall be filed and served by June 27, 2014.

7   Dated: 5/7/14          _____
8                                The Honorable Richard Seeborg
9                                United States District Judge