# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWLIFE SCIENCES LLC, JOHN CROSSON and C. READ MCLEAN<br>　　　　Plaintiffs,<br>　v.<br>LANDMARK AMERICAN INSURANCE COMPANY, a corporation,<br>　　　　Defendant. | Case No. 3:13-CV-05145 (RS)<br><br>[PROPOSED] ORDER TO DISMISS CASE WITH PREJUDICE FILED CONCURRENTLY WITH THE STIPULATION OF THE PARTIES |

## ~~PROPOSED~~ ORDER

Pursuant to the Stipulation of the parties, IT IS ORDERED THAT:

The above-entitled action is dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

Dated: 5/13/14

_____
RICHARD SEEBORG
United States District Judge

---

1
**[PROPOSED] ORDER TO DISMISS CASE WITH PREJUDICE - Case No.: 3:13-CV-05145 (RS)**